UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

TALLAHASSEE DIVISION

MICHAEL GRANT

                                CASE NO: 4:20-cv-00428
        Plaintiff,

v.

FLORIDA DEPARTMENT
OF CORRECTIONS

        Defendant,
_____/

## DEFENDANT, FLORIDA DEPARTMENT OF CORRECTIONS', NOTICE OF REMOVAL

COMES NOW Defendant, FLORIDA DEPARTMENT OF CORRECTIONS (hereinafter, "FDOC"), by and through their undersigned attorneys, and pursuant to 28 U.S.C. Secs. 1331, 1441 and 1446, and hereby files this Notice of Removal and states as follows:

1. On or about May 5, 2020, Plaintiff, MICHAEL GRANT, filed suit against Defendant, FDOC, in the lawsuit styled <u>Michael Grant v. Florida Department of Corrections</u>, Case No.: 2020-CA-000863, in the Circuit Court in and for Leon County, Florida (hereinafter, the "state court action"). A copy of the Complaint is attached hereto as Composite **Exhibit A**.

1

2. The state court action is a one-count complaint against Defendant, FDOC, only. Count I is a claim of Race Discrimination in violation of 42 U.S.C. § 2000 et seq. and 42 U.S.C. § 1981a against the FDOC (paragraphs 18 and 24).

3. In the Complaint, Plaintiff alleges that he was the victim of discrimination (paragraph 19) on the basis of race which led to adverse actions against Plaintiff resulting in his wrongful constructive termination. (paragraph 23); and, Plaintiff seeks injunctive and equitable relief including damages. (See Prayer for Relief).

4. Removal of this action is proper under 28 U.S.C. § 1441, which allows for removal of any civil action "of which the district courts of the United States have original jurisdiction". The Court has original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

5. This removal is timely as less than 30 days has expired since the initial pleading setting forth the claim for relief, where the federal question that grants this Court jurisdiction was first served upon Defendant. See 28 U.S.C. § 1446 (b)(1). Defendant was served August 12, 2020.

6. Venue is proper in this Court under 28 U.S.C. § 1391 (b), and pursuant to 28 U.S.C. 1446 (a), this Notice of Removal is filed in the district court of the United States for the district and division within which the state court action is pending.

7. Copies of all process, pleadings, and orders on file with the state court are attached hereto as Composite **Exhibit B**.

8. Pursuant to 28 U.S.C. Sec. 1446 (d), a copy of this notice has been sent to all adverse parties and to the clerk of the state court action.

WHEREFORE, Defendant, FLORIDA DEPARTMENT OF CORRECTIONS, files this Notice of Removal.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was served with the Clerk of the Court electronically using the CM/ECF system, and is being served on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive a Notice of Electronic Filing, on this 1st day of September, 2020.

        Walton Lantaff Schroeder & Carson LLP
        ***Attorneys for Defendant***
        2074 Centre Pointe Blvd., Suite 100
        Tallahassee, FL  32308
        Tel:  (850) 701-1781 / Fax: (850) 701-1786

        By:/s/ *Jose E. Pagan*
          Jose E. Pagan, Esquire
          Florida Bar No.:  165484
        E-mail: jpagan@waltonlantaff.com
        Secondary: gcook@waltonlantaff.com

## **SERVICE LIST**

Marie A. Mattox, Esquire
Marie A. Mattox, P.A.
203 N. Gadsden Street
Tallahassee, FL  32303
Tel:  (850) 383-4800
Fax: (850) 383-4801
E-mail: marie@mattoxlaw.com
Secondary: marlene@mattoxlaw.com
Tertiary: michelle2@mattoxlaw.com
***Attorneys for the Plaintiff***

|  |  |
|---|---|
| **MICHAEL GRANT,** | IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT, IN AND FOR LEON COUNTY, FLORIDA |
| Plaintiff, | CASE NO.: 20-CA- 2020 CA 000863 |
| v. | FLA BAR NO.: 0739685 |
| **FLORIDA DEPARTMENT OF CORRECTIONS,** |  |
| Defendant. |  |
| _____/ |  |

## COMPLAINT

Plaintiff, MICHAEL GRANT, hereby sues Defendant, FLORIDA DEPARTMENT OF CORRECTIONS, and alleges:

### NATURE OF THE ACTION

1. This is an action brought under 42 U.S.C. § 2000e *et seq.* and 42 U.S.C. § 1981a.

2. This action involves claims which are, individually, in excess of Thirty Thousand Dollars ($30,000.00), exclusive of costs and interest.

### THE PARTIES

3. At all times pertinent hereto, Plaintiff, MICHAEL GRANT, has been a resident of Florida and was employed by Defendant. Plaintiff is a member of a protected class because of his race.

4. At all times pertinent hereto, Defendant, FLORIDA DEPARTMENT OF CORRECTIONS, has been organized and existing under the laws of the State of Florida as a state agency with oversight of state correctional institutions such as Okaloosa Correctional Institution,

**EXHIBIT A**

where it employed Plaintiff. Defendant has been an "employer" as that term is used under the applicable laws identified above and was Plaintiff's employer as it relates to this action.

## CONDITIONS PRECEDENT

5. Plaintiff has satisfied all conditions precedent to this action in that Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC Charge No. 425-2019-00657) and Florida Commission on Human Relations (FCHR Charge No. 201919381). Plaintiff has received his notice of right to sue from the EEOC and this action is timely filed thereafter.

## STATEMENT OF THE ULTIMATE FACTS

6. Plaintiff, a black male, began his employment with Defendant in October 2018 as a Correctional Officer.

7. During Plaintiff's employment with Defendant, he was subjected to disparate treatment, different terms and conditions of employment, and was held to a different standard because of his race.

8. The mistreatment came at the hands of specifically but not limited to supervisor Captain Jody Chopp (white), Correctional Officer Matthew Reed (white) and Correctional Officer Jeremy Kerpsack (white). Officers Reed and Koviack were both gang experts.

9. Reed and Kerpsack both targeted Plaintiff with discriminatory treatment due his race and repeatedly asked Plaintiff if he was affiliated with the "Bloods" or "Latin Kings" due to a tattoo Plaintiff had.

10. Plaintiff replied "no sir" and explained he had been in the military and obtained the tattoo during his approximately 10 years spent in service defending our country.

2

**EXHIBIT A**

11. Moreover, Plaintiff had the same tattoos referenced by Reed and Kerpsack at the time he was hired and interviewed by the seven panel members of Defendant.

12. Captain Chopp also singled Plaintiff out due to his race and told Plaintiff to develop a relationship with inmates who may be gang affiliated and to relay such information back to Defendant.

13. Plaintiff objected to this discrimination based on his race, as the conduct by these white employees of Defendant was degrading, caused Plaintiff a sense of alienation and coercion, and had otherwise created a hostile work environment. Defendant's actions also caused Plaintiff to fear for his life, as inmates would likely target him if they learned Plaintiff was essentially a snitch for Defendant.

14. Moreover, this discrimination by Defendant also resulted in disparate treatment as Plaintiff was treated less favorably than his white coworkers regarding issues such as job duties, considering Defendant's white correctional officers were not asked to inform on gangs within Okaloosa CI such as the Bloods or Latin Kings.

15. Thus, as a result of the discriminatory treatment based on his race, and the accusations and demands by Defendant, Plaintiff was constructively terminated on January 14, 2019 as his work conditions had become so intolerable that any other reasonable person in his position would have felt compelled to resign.

16. Plaintiff has retained the undersigned to represent his interests in this cause and is obligated to pay a fee for these services. Defendant should be made to pay said fee under the laws referenced above.

**COUNT I**
**<u>RACE DISCRIMINATION</u>**

17. Paragraphs 1 through 16 are re alleged and incorporated herein by reference.

**EXHIBIT A**

18. This is an action against Defendant for race discrimination brought under 42 U.S.C. § 2000e *et seq.* and 42 U.S.C. § 1981a.

19. Plaintiff has been the victim of discrimination on the basis of his race in that he was treated differently than similarly situated employees of Defendant who are white, and has been subjected to hostility and poor treatment on the basis, at least in part, of his race.

20. Defendant is liable for the differential treatment and hostility towards Plaintiff because it controlled the actions and inactions of the persons making decisions affecting Plaintiff or it knew or should have known of these actions and inactions and failed to take prompt and adequate remedial action or took no action at all to prevent the abuses to Plaintiff. Furthermore, Defendants knowingly condoned and ratified the differential treatment of Plaintiff referenced in part above because it allowed the differential treatment and participated in same.

21. Defendant's known allowance and ratification of these actions and inactions actions created, perpetuated and facilitated an abusive and offensive work environment within the meaning of the statutes referenced above.

22. In essence, the actions of agents of Defendant, which were each condoned and ratified by Defendant, were of a race based nature and in violation of the laws refenced above.

23. The discrimination complained of herein affected a term, condition or privilege of Plaintiff's continued employment with Defendant. The events set forth herein led, at least in part, to adverse actions against Plaintiff resulting in his wrongful constructive termination.

24. Defendant's actions and inactions constitutes intentional discrimination and unlawful employment practices based upon race in violation of 42 U.S.C. § 2000e *et seq.* and 42 U.S.C. § 1981a.

**EXHIBIT A**

25.     As a direct and proximate result of Defendant's conduct described above, Plaintiff has suffered emotional distress, mental pain and suffering, past and future pecuniary losses, inconvenience, loss of enjoyment of life and other non-pecuniary losses, along with lost back and front pay, interest on pay, bonuses, and other benefits.  These damages have occurred in the past, at present, and are permanent and continuing.  Plaintiff is entitled to injunctive/equitable relief.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendant for the following:

(a)     that process issue and this Court take jurisdiction over this case;

(b)     that this Court grant equitable relief against Defendant under the applicable counts set forth above mandating Defendant's obedience to the laws enumerated herein and providing other equitable relief to Plaintiff;

(c)     enter judgment against Defendant and for Plaintiff awarding all legally-available general and compensatory damages and economic loss to Plaintiff from Defendant for Defendant's violations of law enumerated herein;

(d)     enter judgment against Defendant and for Plaintiff permanently enjoining Defendant from future violations of law enumerated herein;

(e)     enter judgment against Defendant and for Plaintiff awarding Plaintiff attorney's fees and costs;

(f)     award Plaintiff interest where appropriate; and

(g)     grant such other further relief as being just and proper under the circumstances, including but not limited to reinstatement.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury on all issues herein that are so triable.

**EXHIBIT A**

DATED this 5th day of May 2020.

                                    Respectfully submitted,

                                    /s/ Marie A. Mattox
                                  Marie A. Mattox [FBN 0739685]
                                  MARIE A. MATTOX, P.A.
                                  203 N Gadsden St
                                  Tallahassee, FL 32301
                                  Telephone:  (850) 383-4800
                                  Facsimile:   (850) 383-4801
                                  Email: marie@mattoxlaw.com
                                  Secondary emails:
                                  marlene@mattoxlaw.com
                                  michelle@mattoxlaw.com

                                  ATTORNEYS FOR PLAINTIFF

**EXHIBIT A**

# Leon County Clerk of the Circuit Court and Comptroller
# Court Case Search

Full Case View                                                                 Print Page

**37 2020 CA 000863 - GRANT, MICHAEL vs FLORIDA DEPARTMENT OF CORRECTIONS**

| Party Status | Party | Party Code | Attorney | Attorney Status |
|---|---|---|---|---|
| | FLORIDA DEPARTMENT OF CORRECTIONS , | DEFENDANT | | ACTIVE |
| | GRANT, MICHAEL | PLAINTIFF | MARIE A MATTOX | ACTIVE |

Top of Page

| Action Dscr | Open/Reopen Status | Open/Reopen Date | Disposition | Disposition Date | Judge |
|---|---|---|---|---|---|
| OTHER DISCRIMINATION | OPEN | 5/6/2020 | | | DEMPSEY |

Top of Page

| Charge # | Action Code | Description | Plea Date | Plea | Decision Date | Court Action | Charge Disposition | Citation |
|---|---|---|---|---|---|---|---|---|

Top of Page

### Judges Appearing on Case

| Last Name | First Name | Date Assigned | Source |
|---|---|---|---|
| DEMPSEY | ANGELA | 7/1/2020 12:46:47 PM | BM |
| COOPER | JOHN | 6/30/2020 8:39:24 PM | BM |
| CARROLL | KEVIN | 5/6/2020 9:24:18 AM | BM |

Top of Page

**Viewable On Request Statuses**




Viewable on Request Documents                                                  e-Certify Documents

Docket Table Headers Are Sortable. Click For Ascending, Again For Descending
Source Table Abbreviations: BM = Benchmark; JIS = Justice Informations System

| Docket Date | CCISSeqNbr | Docket Code | ECertify | Docket Text | OR Book | OR Page | Source |
|---|---|---|---|---|---|---|---|
| 5/5/2020 | 2 | CCS | ☐ ‹‹-*Req $* | CIVIL COVER SHEET | | | BM |
| 5/5/2020 | 3 | COMP_CA | ☐ ‹‹-*Req $* | COMPLAINT | | | BM |
| 5/5/2020 | 4 | SUIS | ☐ ‹‹-*Req $* | SUMMONS ISSUED | | | BM |
| 5/5/2020 | 5 | SUIS | ☐ ‹‹-*Req $* | SUMMONS ISSUED | | | BM |
| 5/6/2020 | 1 | a002 | | JUDGE CARROLL, KEVIN J: ASSIGNED | | | BM |
| 5/6/2020 | 6 | RECEIPT | ☐ ‹‹-*Req $* | PAYMENT $420.00 RECEIPT #1509943 | | | BM |

# EXHIBIT B

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 6/30/2020 | 0 | JRPAO | | JUDGE REASSIGNMENT PER ADMIN ORDER AO 2020-10 FROM JUDGE Carroll TO JUDGE Dempsey reassigned on: 06/30/2020 | | BM |
| 7/22/2020 | 7 | NOTO | ‹‹-*Req $* | NOTICE OF DISCLOSURE | | BM |

[Top of Page]

| Event | Date | Start | Location | Judge | Result | Source |
|---|---|---|---|---|---|---|

[Top of Page]

| Docket Application | Owed | Paid | Dismissed | Due |
|---|---|---|---|---|
| COMPLAINT | $400.00 | $400.00 | $0.00 | $0.00 |
| SUMMONS ISSUED | $10.00 | $10.00 | $0.00 | $0.00 |
| SUMMONS ISSUED | $10.00 | $10.00 | $0.00 | $0.00 |

[Top of Page]

| Ordered Amt | Paid | Ar Plan Dismissed | Balance | Delinquent |
|---|---|---|---|---|

[Top of Page]

**EXHIBIT B**

# FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

**I.    CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SECOND</u> JUDICIAL CIRCUIT,
IN AND FOR <u>LEON</u> COUNTY, FLORIDA

Case No.: <u>2020 CA 000863</u>
Judge: _____

<u>MICHAEL GRANT</u>
Plaintiff
          vs.
<u>FLORIDA DEPARTMENT OF CORRECTIONS</u>
Defendant

---

**II.   AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim rounded to the nearest dollar $<u>75,000</u>

**III.  TYPE OF CASE**   (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
    - ☐ Business governance
    - ☐ Business torts
    - ☐ Environmental/Toxic tort
    - ☐ Third party indemnification
    - ☐ Construction defect
    - ☐ Mass tort
    - ☐ Negligent security
    - ☐ Nursing home negligence
    - ☐ Premises liability – commercial
    - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
    - ☐ Commercial foreclosure
    - ☐ Homestead residential foreclosure
    - ☐ Non-homestead residential foreclosure
    - ☐ Other real property actions
- ☐ Professional malpractice
    - ☐ Malpractice – business
    - ☐ Malpractice – medical

- ☐ Malpractice – other professional
- ☒ Other
    - ☐ Antitrust/Trade Regulation
    - ☐ Business Transaction
    - ☐ Circuit Civil - Not Applicable
    - ☐ Constitutional challenge-statute or ordinance
    - ☐ Constitutional challenge-proposed amendment
    - ☐ Corporate Trusts
    - ☒ Discrimination-employment or other
    - ☐ Insurance claims
    - ☐ Intellectual property
    - ☐ Libel/Slander
    - ☐ Shareholder derivative action
    - ☐ Securities litigation
    - ☐ Trade secrets
    - ☐ Trust litigation

- ☐ County Civil
    - ☐ Small Claims up to $8,000
    - ☐ Civil
    - ☐ Replevins
    - ☐ Evictions
    - ☐ Other civil (non-monetary)

**EXHIBIT B**

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.** **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Non-monetary declaratory or injunctive relief;
☒ Punitive

**V.** **NUMBER OF CAUSES OF ACTION:**
(Specify)

<u>1</u>

**VI.** **IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ Yes
☒ No

**VII.** **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ No
☐ Yes – If "yes" list all related cases by name, case number and court:

**VIII.** **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ Yes
☐ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Marie A Mattox</u>
Attorney or party
FL Bar No.: <u>739685</u>
(Bar number, if attorney)
<u>Marie A Mattox</u>
(Type or print name)
Date: <u>05/05/2020</u>

**EXHIBIT B**

|  |  |
|---|---|
|  | IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT, IN AND FOR LEON COUNTY, FLORIDA |
| **MICHAEL GRANT,** | CASE NO.: 20-CA- 2020 CA 000863 |
| Plaintiff, | FLA BAR NO.: 0739685 |
| v. |  |
| **FLORIDA DEPARTMENT OF CORRECTIONS,** | **SUMMONS** |
| **Defendant.** |  |
| _____/ |  |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on Defendant:

**DIVISION OF RISK MANAGEMENT**
**Department of Financial Services**
**200 East Gaines Street**
**Tallahassee, FL 32399**

Each defendant is required to serve written defenses to the complaint or petition on **Marie A. Mattox, P. A.**, Plaintiff's attorney, whose address is **203 North Gadsden Street, Tallahassee, FL 32301**, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court, either before serve on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on _____5/6/2020_____, 2020.



CLERK OF THE CIRCUIT COURT

By:_____

**EXHIBIT B**

|  |  |
|---|---|
|  | IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT, IN AND FOR LEON COUNTY, FLORIDA |
| **MICHAEL GRANT** | CASE NO.: 20-CA-   2020 CA 000863 |
| Plaintiff, | FLA BAR NO.: 0739685 |
| v. |  |
| **FLORIDA DEPARTMENT OF CORRECTIONS,** | **SUMMONS** |
| **Defendant.** |  |
| _____/ |  |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on Defendant:

**FLORIDA DEPARTMENT OF CORRECTIONS**
**c/o Mark S. Inch, Secretary**
**501 South Calhoun Street**
**Tallahassee, FL 32399**

Each defendant is required to serve written defenses to the complaint or petition on **Marie A. Mattox, P. A.**, Plaintiff's attorney, whose address is **203 North Gadsden Street, Tallahassee, FL 32301**, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court, either before serve on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on _____5/6/2020_____, 2020.



CLERK OF THE CIRCUIT COURT

By:_____

**EXHIBIT B**



# LEON COUNTY Receipt of Transaction
### Receipt #    1509943

GWEN MARSHALL
Clerk of Court and Comptroller
LEON COUNTY, FLORIDA

**Received From:**
Marie A. Mattox
203 North Gadsden Street
Tallahassee, FL  32301

**On Behalf Of:**

,

On: 5/6/2020   9:24:33AM
Transaction # 100768599
Cashiered by: C MCREED

**CaseNumber   2020 CA 000863**

**Judge   KEVIN J CARROLL**

MICHAEL GRANT   *VS*   FLORIDA DEPARTMENT OF CORRECTIONS

Comments:

| Fee Description | Fee | Prior Paid | Waived | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (COMP_CA) COMPLAINT | 400.00 | 0.00 | 0.00 | 400.00 | 400.00 | 0.00 |
| (SUIS) SUMMONS ISSUED | 10.00 | 0.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| (SUIS) SUMMONS ISSUED | 10.00 | 0.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| Total: | 420.00 | 0.00 | 0.00 | 420.00 | 420.00 | 0.00 |
| Grand Total: | 420.00 | 0.00 | 0.00 | 420.00 | 420.00 | 0.00 |

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CREDIT CARD EFILE | 107102822 | OK | 420.00 | 0.00 | 0.00 | 0.00 | 420.00 |
| | Payments Total: | | 420.00 | 0.00 | 0.00 | 0.00 | 420.00 |

**EXHIBIT B**    Page 1 of 1

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT, IN AND FOR LEON COUNTY, FLORIDA.

MICHAEL GRANT,

    Plaintiff,

CASE NO. 2020 CA 863
CIVIL DIVISION

vs.

FLORIDA DEPARTMENT OF CORRECTIONS,
    Defendant.
_____/

## NOTICE OF DISCLOSURE

THIS CAUSE, being before this Court sua sponte, the Court hereby discloses the following:

1) Marie Mattox is on the undersigned's campaign committee which consists of over 100 attorneys in the Second Circuit.

2) The Court believes this disclosure is required by Canon 3E(1) of the Code of Judicial Conduct and Judicial Ethics Advisory Committee opinion 2013-19.

This notice was provided on this ___ day of JUL 20 ___, 2020.

                                                  Angela C. Dempsey
                                                Circuit Judge

Copies provide to:
All attorneys of record

**EXHIBIT B**