UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Case No.     4:20-cv-00428-AW-MJF

MICHAEL GRANT,

    Plaintiff,

v

FLORIDA DEPARTMENT OF CORRECTIONS,

    Defendant.

**JUDGMENT**

This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order.

    JESSICA J. LYUBLANOVITS
    CLERK OF COURT

February 16, 2021
DATE

    s/Ronnie Barker
    Deputy Clerk: Ronnie Barker